### TIPPECANOE TOWNSHIP, CARROLL COUNTY, *v.* MANLOVE, RECEIVER.

MUTUAL INSURANCE COMPANY.—*Receiver.*—*Assessment.*—Embree *v.* Shideler, 36 Ind. 423, adhered to.

APPEAL from the Carroll Common Pleas.

PETTIT, J.—The appellant sued the appellee, to collect an assessment on a premium note given for three policies issued by the Farmers and Merchants' Insurance Company. A demurrer, for want of sufficient facts, was overruled to the complaint.

This case presents the same questions as *Embree v. Shideler,* 36 Ind. 423, and a number of similar cases decided since, but which are not reported; and a majority of the court hold that this must meet the same fate.

The judgment is reversed, at the costs of the appellee, with instructions to the court below to sustain the demurrer to the complaint.

*C. R. Pollard, B. B. Daily,* and *D. B. Graham,* for appellant.

*J. R. Troxell* and *W. R. Manlove,* for appellee.